No. 234. FEDERAL TRADE COMMISSION *v.* MANDEL BROTHERS, INC. C. A. 7th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, Earl W. Kintner* and *James E. Corkey* for petitioner. *Anderson A. Owen* and *Samuel H. Horne* for respondent. ▮

No. 246. ARROYO *v.* UNITED STATES. C. A. 1st Cir. Certiorari granted. *Robert W. Meserve* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States. ▮

No. 269. FELTER *v.* SOUTHERN PACIFIC CO. ET AL. C. A. 9th Cir. Certiorari granted. *Roland C. Davis, V. Craven Shuttleworth* and *Harry E. Wilmarth* for petitioner. *Clifton Hildebrand* for respondents. ▮

No. 276. ROBERT C. HERD & CO., INC., *v.* KRAWILL MACHINERY CORP. ET AL. C. A. 4th Cir. Certiorari granted. *George W. P. Whip* and *Robert E. Coughlan, Jr.* for petitioner. *William A. Grimes* for respondents. ▮

No. 237. NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., *v.* VARIABLE ANNUITY LIFE INSURANCE CO. OF AMERICA ET AL.; and
No. 290. SECURITIES AND EXCHANGE COMMISSION *v.* VARIABLE ANNUITY LIFE INSURANCE CO. OF AMERICA ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *John H. Dorsey* for petitioner in No. 237. *Solicitor General Rankin, Thomas G. Meeker, David Ferber* and *Pace Reich* for petitioner in No. 290. *James M. Earnest, Roy W.*